# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# MECKLENBURG COUNTY
# REGISTER OF DEEDS - HEALTH DEPARTMENT
## CHARLOTTE, NORTH CAROLINA
## CERTIFICATE OF DEATH

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N C VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO: 060-61  LOCAL NO: 202000 9066  COUNTY OF DEATH: Mecklenburg  STATE FILE NO:

**DECEDENT'S LEGAL NAME**
- 1a FIRST: Carol
- 1b MIDDLE: Lynn
- 1c LAST: Hill
- 1d SUFFIX:
- 1e LAST NAME PRIOR TO FIRST MARRIAGE:

- 2 SEX: F
- 3a AGE-LAST BIRTHDAY (Yrs): 19
- 3b UNDER 1 YEAR Months/Days:
- 3c UNDER 1 DAY Hours/Minutes:
- 4 DATE OF BIRTH: 1/24/2001
- 5 BIRTHPLACE: Mecklenburg, NC
- 6 DATE OF DEATH: December 31, 2020

**PLACE OF DEATH**
- 7a: ☐ Inpatient ☐ ER/Outpatient ☐ DOA ☐ Hospice facility ☐ Nursing home/Long term care facility ☑ Decedent's home ☐ Other (Specify)
- 7c FACILITY NAME: 7607 Monogramm Lane
- 7d CITY OR TOWN: Mint Hill
- 7e COUNTY OF DEATH: Mecklenburg

- 8 MARITAL STATUS: ☐ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☑ Never married ☐ Unknown
- 9 SURVIVING SPOUSE:
- 10a DECEDENT'S USUAL OCCUPATION: Student
- 10b KIND OF BUSINESS/INDUSTRY: Education

- 11 SOCIAL SECURITY NUMBER: 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
- 12a RESIDENCE-STATE: North Carolina
- 12b COUNTY: Mecklenburg
- 12c CITY OR TOWN: Mint Hill
- 12d STREET AND NUMBER: 7607 Monogramm Lane
- 12e INSIDE CITY LIMITS: ☑ Yes ☐ No
- 12f ZIP CODE: 28227
- 13 WAS DECEDENT EVER IN U S ARMED FORCES? ☐ Yes ☑ No

- 14 DECEDENT'S EDUCATION: ☑ Some college credit, but no degree
- 15 DECEDENT OF HISPANIC ORIGIN? ☑ No, not Spanish/Hispanic/Latino
- 16 DECEDENT'S RACE: ☑ White

- 17 FATHER/PARENT NAME: Jervey Gilford Hill, Jr.
- 18 MOTHER/PARENT NAME: Stephanie Lynn Marshall

- 19a INFORMANT'S NAME: Stephanie L. Hill
- 19b RELATIONSHIP TO DECEDENT: Mother
- 19c MAILING ADDRESS: 7607 Monogramm Ln, Mint Hill, NC 28227

- 20a METHOD OF DISPOSITION: ☑ Cremation
- 20b PLACE OF DISPOSITION: Forest Lawn West Crematory
- 20c LOCATION: Charlotte, NC

- 21a SIGNATURE OF FUNERAL DIRECTOR:
- 21b LICENSE NUMBER: FS3174
- 21c NAME OF EMBALMER: N/A
- 21d LICENSE NUMBER: N/A

- 22 NAME AND ADDRESS OF FUNERAL HOME: McEwen Funeral Service-Mint Hill Chapel, 7428 Matthews-Mint Hill Rd, Mint Hill, NC 28227

**MEDICAL CERTIFICATION**
- 23 Part I:
  - a. IMMEDIATE CAUSE: Shotgun wound of head — Approximate interval: Instantaneous
  - b.
  - c.
  - d.
- PART II:
- 24a WAS AN AUTOPSY PERFORMED? ☐ Yes ☑ No
- 24b WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

- 25 MANNER OF DEATH: ☑ Suicide
- 26a WAS CASE REFERRED TO MEDICAL EXAMINER? ☑ Yes ☐ No
- 26b IF YES: ☐ Declined by Medical Examiner
- 27 TIME OF DEATH (Approximate): 12 18
- 28 DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☑ No ☐ Unknown
- 29 IF FEMALE: ☑ Unknown if pregnant within the past year

- 30 DATE PRONOUNCED: 12/31/2020
- 31a DATE OF INJURY: 12/31/2020
- 31b TIME OF INJURY:
- 31c INJURY AT WORK? ☐ Yes ☑ No
- 31d PLACE OF INJURY: At home
- 31e TRANSPORTATION INJURY SPECIFY:
- 31f DESCRIBE HOW INJURY OCCURRED: Self-inflicted shotgun injury
- 31g LOCATION OF INJURY: 7607 Monogramm Ln, Mint Hill NC

- 32 CERTIFIER: ☑ Medical Examiner
- 33a SIGNATURE AND TITLE OF CERTIFIER: Medical Examiner
- 33b LICENSE NUMBER: 2016-01892
- 33c DATE SIGNED: December 31, 2020
- 34 NAME AND ADDRESS OF CERTIFIER: James R Lozano, M D  3440 Reno Avenue, Charlotte NC 28216
- 36 DATE REGISTERED BY STATE:

**REGISTRAR**
- 34 LOCAL REGISTRAR (Name):
- 35 DATE FILED: JAN 07 2021

DHHS 1872 (REVISED 11/2017) NC VITAL RECORDS

---

THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

V 1403318

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY  January 7, 2021

Gibbie Harris  
Health Director & Registrar

Fredrick Smith  
Register of Deeds

By: _____  Assistant Deputy Register of Deeds

| STATE OF NORTH CAROLINA | | File No. 2021 E 002446 |
|---|---|---|
| MECKLENBURG County | | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |
| **IN THE MATTER OF THE ESTATE OF:**<br>Name<br>CAROL LYNN HILL | | **LETTERS**<br>ADMINISTRATION<br>G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1<br>STEPHANIE L HILL<br>7607 MONOGRAMM LANE<br><br>MINT HILL        NC    28227 | Date Of Qualification<br>12/16/2021 |
|---|---|
| | Clerk Of Superior Court<br>ELISA CHINN-GARY |
| Title Of Fiduciary 1<br>ADMINISTRATOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date Of Issuance<br>12/16/2021<br>Signature |
| Title Of Fiduciary 2 | [X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court |

**SEAL**

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts