# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Stephanie Lynn Hill, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00664-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Campus Health, University of North Carolina at Chapel Hill | ) | |
| Perrianne Davis | ) | |
| Dave Devito | ) | |
| Leslie Montana, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2023 Order.

March 7, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court